Steven P. Kuenzel, Washington, for appellant.

■

**STATE of Missouri, Plaintiff/Respondent,**

v.

**David IRONS, Defendant/Appellant.**

**David IRONS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

Nos. 60824, 63446.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 1994.

Application to Transfer Denied
March 22, 1994.

**20**

Elizabeth R. Haines, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

In this jury-tried case, defendant was convicted of possession of a controlled substance, in violation of § 195.202, RSMo Cum. Supp. 1992. Defendant was sentenced as a prior and persistent offender pursuant to §§ 195.-285, 557.036, and 558.016. He also appeals the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).